**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUAN CARLOS LEON MORALES and
DORA ALICIA REESE,

        Plaintiffs,

                v.

MARCO RUBIO, in his official capacity as
Secretary of State; KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security; UNITED STATES DEPARTMENT
OF STATE; and UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY,

        Defendants.

Case No. 1:26-cv-02893

**PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

---

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs Juan Carlos Leon Morales and Dora Alicia Reese respectfully move this Court, pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, for: (1) a temporary restraining order ("TRO") enjoining Defendants from applying the State Department's January 14, 2026 nationality-based immigrant visa suspension Policy to Plaintiff Juan Carlos Leon Morales's visa application, from allowing Juan's petition to be cancelled pursuant to INA § 203(g) during the pendency of this litigation, and requiring Defendants to process Juan's application on its individual merits consistent with INA § 212(a)(4); and (2) a preliminary injunction providing the same relief pending final disposition of this matter.

1

The grounds for this Motion are set forth fully in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the Declaration of Juan Carlos Leon Morales, and the Declaration of Dora Alicia Reese, all of which are filed simultaneously with this Motion and incorporated herein by reference. Plaintiffs also submit Exhibits A through M in support of this Motion. In summary, Plaintiffs satisfy all four Winter factors:

First, Plaintiffs are likely to succeed on the merits. The State Department Policy is arbitrary and capricious, exceeds the State Department's statutory authority, was issued without the notice-and-comment rulemaking the APA requires, and violates the Fifth Amendment's due process guarantee. The United States District Court for the District of Nevada has already found a likelihood of success on the identical legal theory in a factually analogous case. *Sangster v. Rubio*, No. 3:26-cv-00176 (D. Nev. 2026).

Second, Plaintiffs will suffer irreparable harm absent relief. Juan is stranded in Guatemala, separated from his three United States citizen children who live in Chicago. No monetary award can compensate for the ongoing family separation or restore the years of legal effort and relationship that Defendants' Policy has interrupted. Moreover, INA § 203(g) creates a one-year clock that, if it expires, will permanently and irreversibly cancel Juan's petition — a harm that is quintessentially irreparable.

Third, the balance of equities tips sharply in Plaintiffs' favor. The government suffers no cognizable harm from being required to adjudicate a single visa application on its individual merits consistent with the law Congress enacted. Plaintiffs, by contrast, face ongoing family separation and permanent loss of the benefits of a nearly nineteen-year legal immigration process.

2

Fourth, a temporary restraining order and preliminary injunction serve the public interest. The public interest is served by requiring federal agencies to act within the bounds of the authority Congress granted, by upholding the rule of law, and by protecting the rights of U.S. citizens to petition for family members to join them.

WHEREFORE, Plaintiffs respectfully request that this Court issue a Temporary Restraining Order and Preliminary Injunction in the form of the Proposed Order filed simultaneously herewith.

Respectfully Submitted,

*/s/ William Gaston McLean III*
**WILLIAM GASTON MCLEAN III**
Law Office of William Gaston McLean III, P.C.
4225 Gage Ave.
Lyons, IL 60534
Ph: (312) 714-5603
Fax: (312) 268-7427
Email: mcleanlaw.chicago@gmail.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, William McLean, certify that on March 16, 2026, I electronically filed the foregoing Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, for Juan Carlos Leon Morales, Petitioner, with the Clerk of court using the CM/ECF system which will automatically send e-mail notification of such filing to the Respondents' attorneys of record.

Respectfully Submitted,

*/s/ William Gaston McLean III*
**WILLIAM GASTON MCLEAN III**
Law Office of William Gaston McLean III, P.C.
4225 Gage Ave.
Lyons, IL 60534
Ph: (312) 714-5603
Fax: (312) 268-7427
Email: mcleanlaw.chicago@gmail.com

**ATTORNEY FOR PLAINTIFFS**

4