**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Juan Carlos Leon Morales, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:26–cv–02893
                                                            Honorable Mary M. Rowland

Marco Rubio, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, May 18, 2026:


        MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for a temporary restraining order [9] is granted. Enter Order. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them are thus enjoined from applying the Visa Ban to Petitioner's immigrant visa (NVC Case No. GTM2010588002; A# 257–428–093). Defendants are further ordered to adjudicate Juan's immigrant visa application forthwith in accordance with 8 U.S.C § 1202, 8 U.S.C. § 1182, and all other applicable statutes and regulations. Finally, Defendants are enjoined from permitting or taking any action to cancel Petitioner's immigrant visa petition pursuant to INA § 203(g), provided that such cancelation arises from Defendants' wrongful rejection of Petitioner's application pursuant to the Visa Ban. The Clerk is directed to substitute Defendant Kristi Noem for Defendant Markwayne Mullin in the case caption pursuant to Rule 25(d). The parties are to file a joint status report by 6/26/2026 regarding the status of Petitioner's visa application. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.